| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | ADAM FRIEDENBERG, Bar No. 205778 |
| 2 | JONATHAN A. ELDREDGE, Bar No. 238559 |
| | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
| | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
| | Facsimile: (925) 945-1975 |
| 5 | E-mail: afriedenberg@glynnfinley.com |
| |        jeldredge@glynnfinley.com |

Attorneys for Defendant ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBAL SAHA, an individual, | Case No. C09-03054-CRB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive, | |
| Defendants. | |

The parties hereby stipulate to extend Defendant ConocoPhillips Company's time to respond to the complaint to September 15, 2009.  This stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: July 13, 2009                         GLYNN & FINLEY, LLP

                                                     /s/ Jonathan A. Eldredge
                                        Attorneys for ConocoPhillips Company

Dated: July 13, 2009                         BLEAU FOX, A P.L.C.

                                                     /s/ Melissa Rhee
                                        Attorneys for Plaintiff

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1 **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

2     I, Jonathan A. Eldredge, attest that concurrence in the filing of this document has been

3 obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

4 document.

5     I declare under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.

7

8 Dated: July 13, 2009                     GLYNN & FINLEY, LLP

9                                               /s/ Jonathan A. Eldredge

10                                    Jonathan A. Eldredge
                                   Attorneys for ConocoPhillips Company

11

12

13

14

15

16

17

18

19

20

21

22                             UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA

23                                IT IS SO ORDERED

24                                Judge Charles R. Breyer

25

26

27

28

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT