IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUBAL SAHA,

    Plaintiff,

v.

CONOCOPHILLIPS CO.,

    Defendant.

No. C 09-03054 CRB

**ORDER**

Plaintiff's Request for Judicial Notice is DENIED. The proper mechanism for requesting remand is by filing a noticed motion to remand. Asking the Court to take judicial notice of an order involving a different plaintiff in a different court is not sufficient.

**IT IS SO ORDERED.**

Dated: August 17, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3054\order re RJN.wpd